UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| ADU, LORI FOSTER | § | Case No. 05-37442 |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ANDREW J. MAXWELL, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
        CLERK OF COURT
        UNITED STATES BANKRUPTCY CT.
        219 S. DEARBORN STREET
        CHICAGO IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/23/2010 in Courtroom 682,
        United States Courthouse
        219 South Dearborn Street
        Chicago, IL 60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/24/2010        By: /s/ Andrew J. Maxwell
                                                                 Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
§
ADU, LORI FOSTER § Case No. 05-37442
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 42,885.28 |
| *and approved disbursements of* | $ | 23,783.69 |
| *leaving a balance on hand of*[1] | $ | 19,101.59 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: ANDREW J. MAXWELL, TRUSTEE | $ 712.40 | $ 0.00 |
| Attorney for trustee: MAXWELL LAW GROUP, LLC | $ 17,882.34 | $ 276.73 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: POPOWCER KATTEN, LTD. | $ 197.60 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |
| Charges: | $ | $ |
| Fees: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Other: CLERK OF US BANKRUPTCY COURT | $ 0.00 | $ 32.52 |
| Other: | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Attorney for debtor: | $ | $ |
| Attorney for: | $ | $ |
| Accountant for: | $ | $ |
| Appraiser for: | $ | $ |
| Other: | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,468.86 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | World Financial Network National Bank | $ 641.62 | $ 0.00 |
| 000002 | World Financial Network National Bank | $ 300.43 | $ 0.00 |
| 000003 | Target National Bank (f.k.a. Retailers National Ba | $ 486.24 | $ 0.00 |
| 000004 | Marshall Fields | $ 2,047.17 | $ 0.00 |
| 000005 | SMC c/o Sak's Fifth Avenue | $ 2,739.48 | $ 0.00 |
| 000006 | HSBC Bank Nevada NA / HSBC Card Services III | $ 517.06 | $ 0.00 |
| 000007 | American Express Centurion Bank | $ 3,674.23 | $ 0.00 |
| 000008 | Discover Bank/Discover Financial Services | $ 10,300.30 | $ 0.00 |
| 000009 | Citibank (South Dakota) | $ 7,965.56 | $ 0.00 |
| 000010 | Capital Recovery One | $ 796.77 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,021.73 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000012 | American Express Bank, FSB | $ 1,021.73 | $ 0.00 |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ Andrew J. Maxwell_____
Trustee

*ANDREW J. MAXWELL, TRUSTEE*
*105 W. Adams*
*SUITE 3200*
*CHICAGO, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kseldon              Page 1 of 2            Date Rcvd: Aug 25, 2010
Case: 05-37442                 Form ID: pdf006            Total Noticed: 41

The following entities were noticed by first class mail on Aug 27, 2010.
db           +Lori Foster Adu,    1845 S Michigan Ave,    Chicago, IL 60616-2376
aty          +Andrew J Maxwell, ESQ,    Maxwell Law Group, LLC,    105 West Adams Street  Ste 3200,
               Chicago, IL 60603-6209
aty          +Jaclyn H. Smith,    Maxwell Law Group, LLC,    105 W. Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
aty          +Lois West,    Popowcer Katten Ltd,    35 E Wacker Dr, Suite 902,    Chicago, Il 60601-2314
aty          +Maxwell & Potts LLC,    105 West Adams Ste 3200,    Chicago, Il 60603-6209
aty          +Popowcer Katten Ltd,    Popowcer Katten Ltd,    35 E Wacker Dr, Ste 902,    Chicago, IL 60601-2314
aty          +Steven S. Potts,    Attorney at Law,    2349 Walters Avenue,    Northbrook, IL 60062-4531
aty          +Vikram R Barad,    Maxwell Law Group, LLC,    105 W. Adams Street, Suite 3200,
               Chicago, IL 60603-6209
tr           +Andrew J Maxwell, ESQ,    Maxwell & Potts, LLC,    105 West Adams Street,    Suite 3200,
               Chicago, IL 60603-6209
9823251       American Express,    P.O. Box 36002,    Ft. Lauderdale, FL 33336-0002
10588817      American Express Bank, FSB,    c/o Becket and Lee, LLP,    P.O. Box 3001,    Malvern, PA 19355-0701
10547688      American Express Centurion Bank,    c/o Becket and Lee, LLP,    P.O. Box 3001,
               Malvern, PA 19355-0701
9823253      +Bloomingdale’s,    P.O. Box 4580,    Carol Stream, IL 60197-4580
9823256     ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,      P.O. 2993,    Milwaukee, WI 53201)
9823254       Capital One,    P.O. Box 6000,    Seattle, WA 98190-6000
9823255      +Chase Cardmember Svcs,    P.O. Box 15153,    Wilmington, DE 19886-5153
9823257      +Citibank (South Dakota),    701 E. 60th N.,    Sioux Falls, SD 57104-0493
9823259      +HILCO REC,   c/o Columbia Credit Svcs.,     1731 Howe Ave., #360,    Sacramento, CA 95825-2209
10547200      HSBC Bank Nevada NA / HSBC Card Services III,     by eCAST Settlement Corporation,    as its agent,
               P.O. Box 35480,    Newark, NJ  07193-5480
9823261      +Levin & Brend, P.C.,    20 N. Wacker Dr.,    Chicago, IL 60606-2806
9823262      +Linebarger, Goggan,    Attorneys at Law,    P.O. Box 06152,    Chicago, IL 60606-0152
9823264      +Marshall Fields,    C/O Dayton Hudson Corp,    Guest Credit, Mail Stop #3C-K,    3701 Wayzata Blvd,
               Minneapolis, MN 55416-3401
9823266      +Orchard Bank MasterCard,    P.O. Box 1701,    Baltimore, MD 21203-1701
10503308     +SMC c/o Sak’s Fifth Avenue,    BOX 19249,    SUGARLAND TX 77496-9249
9823267      +Saks Fifth Ave. 006,    P.O. Box 17157,    Baltimore, MD 21297-1157
10643223     +Sandra McCloud,    C/O Krohn Adam J & Assoc,    120 W Madison St #1001,    Chicago, IL 60602-4103
9823268      +Sears,    P.O. Box 182149,    Columbus, OH 43218-2149
9823269       Target,    Retailers Nat’l Bank,    P.O. Box 59231,    Minneapolis, MN 55459-0231
10485641     +Target National Bank (f.k.a. Retailers National Ba,    TARGET,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9823271      +WFNNB New York & Co.,    P.O. Box 659728,    San Antonio, TX 78265-9728
9823272      +Women’s Workout World,    P.O. Box 60201,    Chicago, IL 60660-0201
10466371     +World Financial Network National Bank,    Lane Bryant Retail,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
10466372     +World Financial Network National Bank,    New York & Company,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
15530201      eCAST Settlement Corporation,    POB 35480,    Newark, NJ 07193-5480

The following entities were noticed by electronic transmission on Aug 25, 2010.
12407664     +E-mail/PDF: rmscedi@recoverycorp.com Aug 26 2010 01:59:02     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9823258       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 26 2010 01:52:27     Discover,   P.O. Box 689,
               Sandy, UT 84091
10557149      E-mail/PDF: mrdiscen@discoverfinancial.com Aug 26 2010 01:52:27
               Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH 43026
9823260      +E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2010 01:58:59     Home Depot Credit Svcs.,
               CitiCards,    P.O. Box 9057,   Gray, TN 37615-9057
9823265      +E-mail/PDF: gecsedi@recoverycorp.com Aug 26 2010 01:59:01     Old Navy,    P.O. Box 3724,
               Knoxville, TN 37927-3724
12390804      E-mail/PDF: rmscedi@recoverycorp.com Aug 26 2010 01:59:02
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10565206     +E-mail/PDF: rmscedi@recoverycorp.com Aug 26 2010 01:59:03
               Recovery Management Systems Corporation,    For GE Money Bank,    dba OLD NAVY,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
                                                                                              TOTAL: 7

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9823252      ##Bank of America/Fleet,    P.O. Box 15480,    Wilmington, DE 19850
9823263      ##+Lord & Taylor,    P.O. Box 94873,    Cleveland, OH 44101-4873
9823270      ##Wells Fargo,    P.O. Box 98798,    Las Vegas, NV 89193-8798
                                                                                   TOTALS: 0, * 0, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: kseldon           Page 2 of 2              Date Rcvd: Aug 25, 2010
Case: 05-37442                Form ID: pdf006         Total Noticed: 41

            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 27, 2010**                    **Signature:**         *Joseph Speetjens*